Edgar Quintero
#1770622
2400 Wallace Pack Rd.
Navasota, Texas 77868

81,757-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 20 2015

Abel Acosta, Clerk

May 18, 2015

Court of Criminal Appeals
Attn: Abel Acosta, Clerk
P.O. Box 12308, Capitol Sta.
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 19 2015

Abel Acosta, Clerk

Re: Quintero, Edgar OsCarLo
CCA No. WR-81-757-01
Trial Court Case No. W11-00302-N (A)

Dear Mr. Acosta:

Being in receipt of your letter, dated March 26, 2015 pertaining to the blatant refusal of the 195th District Court in Dallas to submit to the Court of Appeals a supplemental record including the findings of fact or a motion for extention of time. Please be advised that I have sent numerous correspondence to said Court, including the District Clerk, Dallas County, pertaining to new information available to me but the 195th District Court NEVER aknowledged nor responded to my writs over a period of one

CCA No. WR -81,757-01, cont;

(1) year.

It seems to me that said Court and its officers display a transparency to ignore written documentation due to the fact that I am not a citizen of this Country and therefore seem to have no recourse, pertaining to my case and deplorable situation.

Because of the above matter, I am respectfully inquiring if I need to file for a "second" Habeas Corpus or can I give testimony directly to the Court of Criminal Appeals.

Please advise of this inquiry as soon as possible.

Sincerely,

Edgar Quintero

Edgar Oscarlo Quintero

# 1770622

Pack #1

2400 Wallace Pack Rd.

Navasota, TX. 77868

cc: File